# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:26-mj-103 |
| HECTOR ANTONIO AMAYA FLORES | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 29, 2026 _____ in the county of _____ Marion _____ in the _____ Eastern _____ District of _____ Tennessee _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States. |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Herron, ICE Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 03/31/2026 _____

_____
*Judge's signature*

City and state: _____ Chattanooga, Tennessee _____

Hon. Mike J. Dumitru, U.S. Magistrate Judge
*Printed name and title*