**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| AFFIDAVIT IN SUPPORT OF A ) | |
| CRIMINAL COMPLAINT AGAINST ) | CASE NO. 1:26-mj- 103 |
| HECTOR ANTONIO AMAYA FLORES ) | |
| FOR VIOLATIONS OF 8 U.S.C. § 1326 ) | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, David Herron, being duly sworn, state the following:

1.      I am an Officer with Immigration and Customs Enforcement, assigned to the Chattanooga, Tennessee, office as a Deportation Officer. I conduct investigations of matters within the jurisdiction of ICE in the Eastern District of Tennessee. I have been employed as an Officer of ICE since September 2025.

2.      I submit this affidavit for the limited purpose of establishing probable cause that Hector Antonio Amaya Flores has violated 8 U.S.C. § 1326(a) by being found in the United States after having been previously removed and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission.

3.      The statements in this affidavit are based on my personal knowledge, official reports and records, and information provided to me by other law enforcement officers. Because this affidavit is submitted for a limited purpose, I have not included every fact known to me concerning this investigation. I have set forth only those facts necessary to support probable cause for the requested criminal complaint.

4.      On or about March 29, 2026, ICE's Enforcement and Removal Operations ("ERO") encountered Flores within the Eastern District of Tennessee.

1

They then verified his identity via a fingerprint match to Alien File (A-file) number 029 952 044. Based on my training and experience, I know that fingerprint analysis employed by ERO is a reliable method for confirming identity.

5. Following identity confirmation, Flores's immigration files showed that he is a citizen and national of El Salvador and not a citizen or national of the United States.

6. In addition, Flores's immigration files confirmed that he was previously convicted of an 8 U.S.C. § 1326 violation in the Eastern District of Virginia in Case No. 1:07-cr-459, *United States v. Hector Antonio Amaya-Flores*. Following this conviction and another federal conviction in the District of Maryland in Case No. 8:09-cr-471, Flores was removed from the United States to El Salvador on or about March 23, 2018.

7. Before his federal convictions, Flores's files showed that he was also removed from the United States on or about three previous dates: March 13, 1996; May 15, 1997; and February 19, 2003.

8. I have examined the documentation in Flores's immigration file and found no evidence indicating that he has sought or received permission from the Secretary of Homeland Security to reenter the United States following his prior removals.

9. Based on the foregoing, I believe there is probable cause to conclude that Flores has reentered and been found in the United States without having obtained the express consent of the Secretary of Homeland Security. In other words, he is

unlawfully present in the United States following a prior deportation in violation of 8 U.S.C. § 1326(a). Accordingly, I respectfully request that a criminal complaint be issued in conjunction with an arrest warrant for Hector Antonio Amaya Flores.

Respectfully submitted,

DAVID HERRON
ICE DEPORTATION OFFICER

Sworn to and subscribed before me this 31st day of March, 2026.

HON. MIKE J. DUMITRU
UNITED STATES MAGISTRATE JUDGE