## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 1:26-CR-_32_____ |
| v. | ) | |
| | ) | JUDGES _Collier /Steger_ |
| HECTOR ANTONIO AMAYA FLORES | ) | |

### INDICTMENT

The Grand Jury charges that on or about March 29. 2026, at or near Marion County, in the Eastern District of Tennessee, the defendant, HECTOR ANTONIO AMAYA FLORES, an alien, was found in the United States after having been removed, excluded, and deported therefrom on or about March 23, 2018, at or near Houston, Texas, subsequent to a conviction for the commission of an aggravated felony as defined by Title 8, United States Code, Section 1101(a)(43), and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL:

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III,
UNITED STATES ATTORNEY

By: _____
SARAH E. KLAPMAN
Assistant United States Attorney